**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STERLING NATIONAL BANK and**
**STERLING FINANCIAL SERVICES, INC.,**

        **Plaintiffs,**

-vs-                                                 **Case No.  6:05-cv-234-Orl-31KRS**

**L.V. FINANCIAL, INC. and EDWARD**
**LOPES,**

        **Defendants.**

## ORDER

This cause came on for consideration after oral argument on the issue of the form of judgment to be entered in this case.  Counsel were able to agree substantially on the terms of such a judgment, except for the following three issues:

1. Whether the judgment should permit the plaintiffs to foreclose upon assets of entities related or affiliated with the defendants, which entities are not identified and have not appeared in this case;

2. Whether the judgment should require L.V. Financial, Inc. and its affiliates, which affiliates are not parties to this case or otherwise identified, to cease all operations;

3. Whether the judgment should require the defendants to provide a certified financial accounting .

No law having been presented supporting the parties' positions on these issues, I conclude that memorandum of law addressing whether the judgment may, and should, include the disputed

provisions must be considered. Therefore, it is **ORDERED** that on or before July 12, 2005, the parties shall file and serve memoranda of law, not to exceed twenty pages in length, addressing the legal support for their positions on the disputed issues. If the parties agree to a form of judgment, they may jointly submit it for consideration by the Court in lieu of filing the memoranda of law.

**DONE** and **ORDERED** in Orlando, Florida this 22nd day of June, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties