# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STERLING NATIONAL BANK and**
**STERLING FINANCIAL SERVICES, INC.,**

        **Plaintiffs,**

**-vs-**                                                             **Case No. 6:05-cv-234-Orl-31KRS**

**L.V. FINANCIAL, INC. and EDWARD**
**LOPES,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFFS' RENEWED MOTION FOR ISSUANCE OF WRITS OF GARNISHMENT (Doc. No. 136)**
>
> **FILED:**      **October 31, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED NUNC PRO TUNC as of November 2, 2005**.

> **MOTION:**    **PLAINTIFFS' RENEWED MOTION FOR ISSUANCE OF WRITS OF GARNISHMENT (Doc. No. 137)**
>
> **FILED:**      **October 31, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED NUNC PRO TUNC as of November 2, 2005**.

The Clerk of Court is directed to provide the United States Marshal's Service with a copy of the Notice attached to this Order to be served on Edward Lopes and L.V. Financial, Inc., along with copies of the writs issued on November 2, 2005 (doc. nos. 138, 139).

**DONE** and **ORDERED** in Orlando, Florida on November 7, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Marshals Service
Counsel of Record
Unrepresented Parties
United States Marshal's Service